IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) [ONLY FOR CHAPTER 13 CASES]
) APPLICATION BY DEBTOR'S ATTORNEY
) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s) ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____ _____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)    IS   IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (12/1/15) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   ___ Schedule 2   ___ Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. Allowance of this application will (mark all that apply):
   __ not affect the distribution to creditors.
   __ not change the length of the plan which is estimated at _____ months.
   __ change the length of the plan from an estimated _____ months to an estimated _____ months.
   __ delay the distribution to creditors by approximately _____ months.
   __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %
   __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
   __ other: _____
   _____.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                                    _____
                                                    Debtor's Attorney


***STOP:*** **<u>BEFORE</u> SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**



**Michael D. O'BRIEN & Associates P.C.**
Attorneys At Law

12909 SW 68th Parkway, Suite 160 - Portland, OR 97223
503.786.3800 - accounting@pdxlegal.com

**Sutjiyati Widjaja**  
333 S State Street  
Suite#V-406  
Lake Oswego, OR 97034

**RE :** 17-33838-pcm13

**Issue Date :** 10/12/2021  
**Bill # :** 04204  
**Due Date :** Upon Receipt

**Fees**

| Date | Staff Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/13/2020 | MDO | Review and respond to email from Client re: help needed with plan modification | 0.10 | $430.00 | $43.00 |
| 4/16/2020 | MDO | Phone Conference with Client and notes to file re: plan mod outline | 0.50 | $430.00 | $215.00 |
| 4/25/2020 | MDO | Review and respond to email from Client and forward to Paralegal for plann mod direction | 0.10 | $430.00 | $43.00 |
| 4/28/2020 | JZ | Review Attorney direction re: amendment of Plan; draft 1st Amended Plan to temporarily reduce payment; forward to MOB to review | 0.50 | $175.00 | $87.50 |
| 4/29/2020 | MDO | Review draft modified plan and file, save approved and email to Paralegal for follow up | 0.30 | $430.00 | $129.00 |
| 4/29/2020 | JZ | Email to Client with copy of 1st Amended Plan, dated 4-27-20 to review & ok to file; email copy to the Trustee for informal review. | 0.30 | $175.00 | $52.50 |
| 4/29/2020 | MDO | Review and respond to email from Client | 0.10 | $430.00 | No Charge |
| 5/3/2020 | JZ | Review and Respond to email from Client re: arrears listed in Par2(b)1 of the amended plan. | 0.20 | $175.00 | $35.00 |
| 5/4/2020 | JZ | Review Attorney direction re: Modified plan; prepare Notice of Post Conf Modified plan; forward to MOB to review & execute. | 0.30 | $175.00 | $52.50 |
| 5/5/2020 | JZ | Conference with MOB re: informal review/objections to Modified plan by Trustee; made necessary changes; send to Trustee for review. | 0.30 | $175.00 | $52.50 |
| 5/5/2020 | MDO | Review and execute final modified plan | 0.10 | $430.00 | $43.00 |
| 5/5/2020 | JZ | Finalize and file Notice of Post Conf Amended Plan, dated 4-28-20; serve required creditors; Cc. client | 0.50 | $175.00 | $87.50 |
| 5/12/2020 | MDO | Review correspondence from Attorney Myers, file re; default of Stip RFS order | 0.10 | $430.00 | $43.00 |
| 5/26/2020 | JZ | Receive Order Approving Post Conf Amended Plan, dated 4/28/20; download and save to client's file; cc. client | 0.10 | $175.00 | $17.50 |
| 7/6/2020 | JZ | Review Notice of Mortgage payment change from Chalet Properties III, LLC, due to escrow analysis, no issues. | 0.20 | $175.00 | $35.00 |
| 7/8/2020 | MDO | Phone Conference with Client re: BSI Financial relief from stay, default letter she did not receive, options | 0.60 | $430.00 | $258.00 |
| 7/8/2020 | HZ | Review client records for 2019 tax returns status; Prepared an E-Mail to the client with a request for copies of 2019 Tax Returns (.10) | 0.10 | $165.00 | $16.50 |
| 7/9/2020 | MDO | Review and respond to email from Client and review prior records and notes re: her alleged accounting dispute, email to Client for additional info needed to fully assess (0.4), Voicemail and email to Attorney Myers re: proposal to cure post-petition default and vacate Order granting RFS (0.3) | 0.70 | $430.00 | $301.00 |
| 7/9/2020 | MDO | Review email from Attorney Myers and email to Client re: proof of funds | 0.20 | $430.00 | $86.00 |
| 7/9/2020 | HZ | Received an E-Mail response from the client regarding her 2019 taxes, analyzed and forward the E-Mail to Attorney O'Brien regarding the proof of mortgage payments attached, no tax returns included (.10) | 0.10 | $165.00 | $16.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/13/2020 | MDO | Review and respond to email from Client with concerns over mortgage accounting, provide motion and stip order which appears to account for client payment | 0.30 | $430.00 | $129.00 |
| 7/13/2020 | JZ | Review direction from MOB re: Order Granting RFS to Chalet Properties; draft Motion to Reconsider Order Granting RFS; forward to MOB to review & execute. Finalize and file Motion via ECF | 0.50 | $175.00 | $87.50 |
| 7/13/2020 | MDO | Review and revise Motion to Reconsider (0.2), Review and Respond to email from Client with update (0.20 | 0.40 | $430.00 | $172.00 |
| 7/14/2020 | MDO | Review and respond to email from client with update on mortgage dispute | 0.10 | $430.00 | $43.00 |
| 7/15/2020 | HZ | Received and replied to an E-Mail from client re Tax returns status and issue, attached copy of 2019 extension filed - IRS Form 4868, copy to the client file, a reminder on October 15th deadline (.20); Prepared an E-Mail to Trustee re attached 2019 extension filed -IRS Form 4868, updated client records (.10) | 0.30 | $165.00 | $49.50 |
| 7/16/2020 | MDO | Review and respond to email from Attorney Myers re: motion to reconsider | 0.20 | $430.00 | $86.00 |
| 7/20/2020 | JZ | Review Notice of hearing on Debtor's Motion to Reconsider Order Granting RFS to US Bank Trust; calendar date and time; forward to MOB | 0.20 | $175.00 | $35.00 |
| 7/21/2020 | MDO | Review and respond to email from Client with clarification on Motion to Vacate Order for Relief | 0.10 | $430.00 | $43.00 |
| 7/24/2020 | MDO | Review file, Email and letter to Attorney Myers with Chalet Properties cure check | 0.30 | $430.00 | $129.00 |
| 8/3/2020 | MDO | Review and respond to email from Client and review file for mortgage cure status | 0.20 | $430.00 | $86.00 |
| 8/12/2020 | MDO | Review and respond to email from Client re: status update and hearing still on | 0.10 | $430.00 | $43.00 |
| 8/12/2020 | JZ | Call from client re: hearing this morning, confirmed with MOB he has all he needs for hearing. review summary of hearing on Motion to reconsider Order Granting RFS. confirmed adj. hearing on calendar. | 0.30 | $175.00 | $52.50 |
| 8/12/2020 | MDO | Court appearance before Judge McKittrick on Motion to Vacate Order for Relief - continued two weeks, email to Client with status report and email to Attorney Myers | 0.40 | $430.00 | $172.00 |
| 8/12/2020 | MDO | Review and respond to email from Attorney Myers | 0.10 | $430.00 | $43.00 |
| 8/25/2020 | MDO | Review and respond to email from Client, email to Attorney Myers re: Order reinstating stay | 0.20 | $430.00 | $86.00 |
| 8/26/2020 | MDO | Review and respond to email from Attorney Myers and phone call to Courtroom deputy to report settled | 0.10 | $430.00 | $43.00 |
| 8/26/2020 | JZ | Review summary of hearing held on Motion to Reconsider Order on RFS by US Bank; calendar for follow up on Order; download and save to client's file | 0.20 | $175.00 | $35.00 |
| 9/9/2020 | MDO | Review correspondence from BSI re: mortgage statement, payment posted but not applied correctly, email to Client | 0.20 | $430.00 | $86.00 |
| 10/7/2020 | MDO | Review file for year three status, review trustee pay ledger and update feasibility (0.3), Letter to Client re: status and hurdles for completion (0.3) | 0.60 | $430.00 | $258.00 |
| 10/12/2020 | MDO | Review and respond to email from Client re: BSI mortgage statement, email to Attorney Myers for status of Order Vacating, forward email re: additional plan modification needed | 0.30 | $430.00 | $129.00 |
| 10/22/2020 | HZ | Analyzed Client digital records and Missing year 2019 tax returns; Prepared an E-Mail to the Client requesting copies of filed 2019 Tax Returns (.10) | 0.10 | $165.00 | $16.50 |
| 10/26/2020 | HZ | Received copies of 2019 tax returns from clients; Review file; analyzed 2019 state and federal tax returns for plan compliance, analyzed Plan and current schedule I, completed Excel case analysis report for the file, determining NO -net tax refunds for 2019, Updated client records (.40); Review and redacted tax returns, Prepared E-Mail to Trustee with attached copies of redacted 2019 tax returns for compliance (.20); Prepared an E-Mail to clients with results of 2019 tax analysis, found zero tax liability to the IRS, Oregon refund offset by a similar amount of Oregon Kicker credit, nothing due to the Trustee this year (.20) | 0.80 | $165.00 | $132.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2020 | MDO | Review correspondence from BSI Financial and email same to Client for follow up | 0.10 | $430.00 | $43.00 |
| 10/28/2020 | JZ | Review attorney notes/instructions; draft 2nd modified plan; forward to MOB to review & execute. | 0.30 | $175.00 | $52.50 |
| 11/2/2020 | MDO | Review and respond to email from Client re: BSI statement and plan modification status | 0.20 | $430.00 | $86.00 |
| 11/2/2020 | JZ | Review notes from MOB re: Modified Plan; made necessary changes; waiting for Trustee to review. | 0.20 | $175.00 | $35.00 |
| 11/3/2020 | JZ | Review & revise 2nd post confirmation modification of plan, dated 10/28/20 | 0.30 | $175.00 | $52.50 |
| 11/5/2020 | JZ | Review Trustee's informal review of post conf modified plan; made necessary mark ups; prepare LBF 1355.10 Notice of Post Con Modified Plan and file via ECF; serve required parties and client. | 0.50 | $175.00 | $87.50 |
| 4/1/2021 | MDO | Review correspondence from BSI FInancial and email to Client for follow up | 0.10 | $430.00 | $43.00 |
| 6/10/2021 | MDO | Review and respond to email from Client re: BSI service transfer and suggested options | 0.10 | $430.00 | $43.00 |
| 6/14/2021 | MDO | Review and respond to email from Client, prepare Request for Information authorization and forward | 0.30 | $430.00 | $129.00 |
| 6/16/2021 | MDO | Review and respond to client email, Letter to BSI Financial for mortgage request for information | 0.30 | $430.00 | $129.00 |
| 7/1/2021 | MDO | Review correspondence and cursory review of pay history from BSI, email to Client for deeper dive | 0.20 | $430.00 | $86.00 |
| 7/22/2021 | MDO | Review and respond to email from Client re: debt dispute for SN Servicing | 0.10 | $430.00 | $43.00 |
| 7/26/2021 | MDO | Review correspondence from client with SN Servicing statement, file and Trustee pay ledger, email direction for client follow up | 0.30 | $430.00 | $129.00 |
| 10/12/2021 | MDO | Review file for year four status including trustee pay ledger and ECF, update plan feasibility with actual payments (0.3), Letter to Client re: plan requirements and hurdles for compliance (0.3), Email to Client re: imminent deadline (0.1) | 0.70 | $430.00 | $301.00 |
| 10/12/2021 | MDO | Audit time records and finalize fee application, analyze the financial impact on plan and email to Client with detailed invoice | 1.00 | $100.00 | $100.00 |
| **Fees Subtotal** | | | **16.10** | | **$4,929.50** |

**Expenses**

| Date | Staff Initials | Description | Amount |
|---|---|---|---|
| 5/5/2020 | JZ | Photocopying Costs for modified plan - 11 sets | $11.55 |
| 5/5/2020 | JZ | Postage Costs for modified plan - 11 sets | $7.70 |
| 11/5/2020 | JZ | Photocopying Costs for 2nd modified plan - 11 sets | $11.55 |
| 11/5/2020 | JZ | Postage Costs for 2nd modified plan - 11 sets | $7.70 |
| **Expenses Subtotal** | | | **$38.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hugo Zollman | 1.40 | $165.00 | $231.00 |
| Jackie Zielke | 4.90 | $175.00 | $857.50 |
| Mike OBrien | 1.00 | $100.00 | $100.00 |
| Mike OBrien | 8.70 | $430.00 | $3,741.00 |
| Mike OBrien | 0.10 | No Charge | No Charge |

**Total $4,968.00**
**Previous Balance $2,393.50**

| 4/20/2020 | Credit | Per. J. McKittrick | -$17.50 |
|---|---|---|---|
| 6/1/2020 | Payment | Trustee Check | -$90.00 |
| 7/2/2020 | Payment | Trustee payment | -$90.00 |

| Date | Description | Amount |
|---|---|---:|
| 8/1/2020 | Payment Trustee Check | -$90.00 |
| 9/1/2020 | Payment Trustee Payment | -$90.00 |
| 10/1/2020 | Payment Trustee Payment | -$90.00 |
| 11/2/2020 | Payment Trustee payment | -$90.00 |
| 11/30/2020 | Payment | -$450.00 |
| 1/1/2021 | Payment Trustee Payment | -$450.00 |
| 1/29/2021 | Payment | -$450.00 |
| 2/28/2021 | Payment Trustee Payment | -$450.00 |
| 3/31/2021 | Payment | -$36.00 |

**Payments & Credits -$2,393.50**
**Balance Due $4,968.00**

**Payments can be made via e-check or credit card through Lawpay.com or to mike@orbankruptcy.com on PayPal.**
**EIN: 46-4895026**